UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES KELLY,<br><br>        Plaintiff,<br><br>    v.<br><br>W. ULIT, et al.,<br><br>        Defendants. | Case No. 1:18-cv-00367-LJO-SKO (PC)<br><br>**ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL AS MOOT**<br><br>(Doc. 8) |

    Plaintiff James Kelly is a state prisoner proceeding *pro se* and *in forma pauperis* in this closed action. On April 25, 2018, the Court closed this case in accordance with Plaintiff's request for voluntary dismissal. (Doc. 7.)

    On May 19, 2021, Plaintiff filed a motion for the appointment of counsel in this and other cases. (Doc. 8.) Because this case is closed, the Court DENIES Plaintiff's motion as to this case as moot.

IT IS SO ORDERED.

Dated:   **May 24, 2021**              /s/ *Sheila K. Oberto*
                                                                    UNITED STATES MAGISTRATE JUDGE